UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ONE ANCIENT ROMAN MARBLE
SARCOPHAGUS LID WITH SCULPTURE
OF RECLINING WOMAN,

                   *Defendant in Rem.*
------------------------------------------------------------X

No. 14 Civ. 1318 (WFK)

**STIPULATION AND ORDER**

        WHEREAS, on or about February 27, 2014, a verified complaint, 14 Civ. 1318 (WFK) (the "Complaint") was filed in the United States District Court for the Eastern District of New York seeking the forfeiture of a certain property (the "Subject Property") pursuant to Title 18, United States Code, Section 1314, and Title 19, United States Code, Section 1595a;

        WHEREAS, on or about March 21, 2014, the United States sent notice by mail of the Complaint to Noriyoshi Horiuchi, who reasonably appeared to be a potential claimant on the facts known to the government;

        WHEREAS, Claimant Horiuchi has until on or about April 28, 2014, to file a claim pursuant to Title 18, United States Code, Section 983(a)(4) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

        WHEREAS, Claimant Horiuchi has requested additional time to file a claim;

        WHEREAS, the Government, by Assistant United States Attorney Karin Orenstein, has consented to the request to enlarge the time for filing any Notice of Claim by Claimant Horiuchi;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Loretta E. Lynch, United States Attorney for the Eastern District of New York, and Karin K. Orenstein, Assistant United States Attorney, of counsel, and Noriyoshi Horiuchi, by his attorney, Henry E. Mazurek, Esq., of Clayman & Rosenberg LLP, that:

1. Noriyoshi Horiuchi shall have until June 12, 2014, to file a claim pursuant to Title 18, United States Code, Section 983(a)(4) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

2. This Order is without prejudice to any rights, remedies, claims, or defenses of any of the parties hereto.

3. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signature shall be deemed as valid originals.

AGREED AND CONSENTED TO:

LORETTA E. LYNCH
United States Attorney for the
Eastern District of New York

By: _____   4/23/14
Karin K. Orenstein                Date
Assistant U.S. Attorney
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6188

NORIYOSHI HORIUCHI

By: _____/s/ Henry Mazurek_____     __4-23-14__
     Henry E. Mazurek, Esq.     Date
     Clayman & Rosenberg LLP
     305 Madison Avenue, Suite 1301
     New York, New York 10165
     (212) 922-1080
     *Counsel for Noriyoshi Horiuchi*

SO ORDERED:

_____     _____
HONORABLE WILLIAM F. KUNTZ     Date
UNITED STATES DISTRICT JUDGE